IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES DRAUCKER, #00146717, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:22-cv-2359-M |
| ROCKWALL COUNTY COURT HOUSE, ET AL., | | |
| Defendants. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this ____19____ day of December, 2022.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE