IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES DRAUCKER, #00146717, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:22-cv-2359-M |
| ROCKWALL COUNTY COURT HOUSE, ET AL., | § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case [Dkt. No. 21]. Objections were filed [Dkt. No. 29]. The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DISMISSES the Petition for Injunction to Grant Plaintiffs Release from Confinement [Dkt. No. 20] without prejudice to James Draucker's right to exhaust available state remedies and, solely for statistical purposes, DIRECTS the Clerk to OPEN a new 28 U.S.C. § 2241 habeas action (NOS 530) directly assigned to the undersigned and Magistrate Judge Horan and to CLOSE the same

SO ORDERED this 3rd day of January, 2023.

**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**