IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES DRAUCKER, #00146717, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:22-cv-2359-M |
| ROCKWALL COUNTY COURT HOUSE, ET AL., | | |
| Defendants. | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case [Dkt. No. 25]. Objections were filed [Dkt. No. 32]. The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, and noting that Plaintiff does not address the failure to exhaust state remedies, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES the motion for a temporary restraining order and preliminary injunction [Dkt. No. 23]. The Court denies Plaintiff's request that this request for relief be in a separate case number. The Court encloses a copy of its Order of December 19, 2022.

SO ORDERED this 4th day of January, 2023.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES DRAUCKER, #00146717, <br><br> Plaintiff, <br><br> V. <br><br> ROCKWALL COUNTY COURT HOUSE, ET AL., <br><br> Defendants. | § § § § § § § § § § § § No. 3:22-cv-2359-M |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this __19__ day of December, 2022.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE